UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN M HESKETT,

        Plaintiff(s),

  v.

MICHAEL J ASTRUE,

        Defendant(s).

_____/

No. C-11-03377 DMR

**ORDER TO SHOW CAUSE**

    Defendant filed his answer in Social Security case on November 8, 2011. [Docket No. 13.] Accordingly, Plaintiff should have filed a motion for summary judgment no later than December 8, 2012. Pursuant to the parties' December 20, 2012 stipulation, however, the court granted Plaintiff an extension until January 9, 2012 to file her motion. [Docket Nos. 17-18.] To date, Plaintiff has made no filings. The court therefore ORDERS Plaintiff to Show Cause by January 27, 2012 as to why the court should not dismiss her case for failure to prosecute.

    IT IS SO ORDERED.

Dated: January 23, 2012



DONNA M. RYU
United States Magistrate Judge